# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises located at 807 Jenning Berry Drive,<br>Elon, North Carolina 27244 | )<br>)<br>) Case No. 15mj288-1<br>)<br>)<br>) |

FILED OCT 14 2015 Clerk, U.S. District Court Greensboro, NC

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Middle___ District of ___North CArolina___
*(identify the person or describe the property to be searched and give its location)*:

The premises located at 807 Jenning Berry Drive, Elon, North Carolina 27244, more particularly described in Attachment A, attached hereto and made a part hereof.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crime of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), all of which are more particularly described in Attachment B, attached hereto and made a part hereof.

**YOU ARE COMMANDED** to execute this warrant on or before ___9/29/15___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Joe L. Webster___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___9/15/15 3:55 pm___    ___[signature]___
*Judge's signature*

City and state: Durham, North Carolina    Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 15mj288-1 | Date and time warrant executed: 09/15/2015 4 PM | Copy of warrant and inventory left with: GEOFFREY PISARKIEWICZ |
| Inventory made in the presence of : SA CORINNE HARRAH | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE ATTACHED FD-597, RECEIPT FOR PROPERTY.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/14/2015

_Tara S Cataldo_
Executing officer's signature

TARA S. CATALDO, SPECIAL AGENT
Printed name and title

FD-597 (Rev 8-11-94)                                                    Page __1__ of ____

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-BS-6606272

On (date) 09/15/2015      6:05 PM

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Geoffrey Pisarkiewicz
(Street Address) 807 Jennings Berry Dr., ~~Elon, NC~~
(City) Elon, NC

Description of Item(s):
1) D-Link Router (S/N: B296155094119)
2) Cisco Linksys E3200 (S/N: 10B10C15140069)
3) RCA DCM425 (S/N: 00730-008503810)
4) HP Pavilion dv6 (S/N: 2CE2151UX)
5) Lenovo Thinkpad (S/N: PF-028K7B)
6) Hitachi 2T (S/N: F339STFJE)
7) Toshiba (S/N: 73BAPT53TSX3)
8) Seagate Barracuda (S/N: Z2F069M8)
9) Samsung 500GB (S/N: S20BJ90Z639528)
10) Seagate Barracuda (S/N: S240WVA7)
11) Sandisk Ultra II Solid State Drive (S/N not visible)
12) 6 CDs
13) LG cell phone model G2 (Model #VS980 4G) (IMEI 9900 0259 5694264)

Nothing Further

Received By: _Tara Statala_ (Signature)    Received From: _Geoff Pisarkiewicz_ (Signature)