IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF A WARRANT TO      :
SEARCH THE PREMISES LOCATED AT   :   1:15MJ288
807 JENNING BERRY DRIVE,        :
ELON, NORTH CAROLINA 27244      :
                                          :

ORDER

The government having moved that the search warrant materials filed in this case be unsealed and the court being apprised of the reasons therefor, **IT IS HEREBY ORDERED** that the search warrant affidavit and the government's supplement to the motion to seal shall be unsealed.

_____
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE

Date: March 14, 2016